IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


| | | |
|---|---|---|
| TERRANCE TAYLOR, AIS # 193913, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-0079-WS-N |
| RICHARD ALLEN, et al., | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 23rd day of March, 2010.

                                                          s/WILLIAM H. STEELE
                                                          CHIEF UNITED STATES DISTRICT JUDGE